UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 23, 2021

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY EDWIGEN HERNANDEZ,

Defendant.

Case No.  2:21-CR-00137-KJM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  GREGORY EDWIGEN

HERNANDEZ , Case No.  2:21-CR-00137-KJM  Charge 18 USC § 875, from

custody for the following reasons: for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

  X    Unsecured Appearance Bond $    20,000 co-signed

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other):_____.

Issued at Sacramento, California on July 23, 2021 at 2:18 p.m.

Dated:  July 23, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE