**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Gregory Hernandez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:21 CR-00137-KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Gregory Hernandez, | |
| Defendant | DATE:  January 3, 2022<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Kimberly J. Mueller |

**FACTUAL SUMMARY**

Counsel for the Mr. Hernandez needs more time for ongoing investigation regarding his background and life circumstances, to obtain additional information from the Defendant, and for further case preparation.

- 1 -

Therefore, it is requested that the Status Conference set for January 3, 2022 be continued to February 28, 2022 at 9:00 a.m.  I have spoken to the prosecuting AUSA, Justin Lee, who has no opposition to this request.  In fact, he has agreed that I may sign his name to this request.

## STIPULATION

Plaintiff, United States, and Defendant, Gregory Hernandez, through their undersigned counsel, hereby stipulate and agree and request the Court to re-set the date for the Status Conference to February 28, 2022at 9:00 a.m..  The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of January 3, 2022, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, and General Order 618, issued on May 13, 2020 in order to give Counsel for the Defendant reasonable time to prepare.  Undersigned counsel agrees that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy indictment or trial, and merits this exclusion of time.

**IT IS SO STIPULATED.**

DATED:       December 22, 2021                Phillip Talbert
                                              Acting United States Attorney

                                        by    /s/ Justin Lee by Jan Karowsky
                                              with Mr. Lee's permission

                                              Justin Lee
                                              Assistant U.S. Attorney
                                              by Jan David Karowsky

DATED:       December 22, 2021                JAN DAVID KAROWSKY
                                              Attorney at Law
                                              A Professional Corporation

                                        by    /s/ Jan Karowsky
                                              JAN DAVID KAROWSKY
                                              Attorney for Defendant
                                              Gregory Hernandez

1    **IT IS SO ORDERED.** The Status Conference set for January 3, 2022 is continued to
2    February 28, 2022 at 9:00 a.m.
3    DATED: December 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE