**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
Gregory Hernandez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Gregory Hernandez,<br><br>  Defendant | Case No.: 21-cr-00137-KJM<br><br>~~(PROPOSED)~~ **ORDER TO SEAL DOCUMENTS**<br><br>**(Local Rule 141)** |

After review of defendant's Notice of Request to Seal Documents and the Request to Seal Documents, and upon a proper showing made which is required by applicable law, and **GOOD CAUSE APPEARING,** the following document, submitted as Exhibit "C, to defendant Gregory Hernandez's Motion to Re-Open the Detention Hearing shall be ordered to be filed under seal:

1. A report from Robin Lin, M.D., forensic psychiatrist dated May 2, 2022 – Exhibit "C."

2. Therefore, all nine pages (9) which have been submitted for sealing shall be so sealed.

- 2 -

1  **IT IS HEREBY ORDERED.**

2  Dated: May 24, 2022

3  JEREMY D. PETERSON
   **Magistrate Judge**
4  United States District Court