|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 25, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY EDWIGEN HERNANDEZ,<br><br>　　　　　　Defendant. | Case No.  2:21-cr-00137-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release  GREGORY EDWIGEN HERNANDEZ, Case No.  2:21-cr-00137-KJM  Charge 18 U.S.C. § 875(c), from custody for the following reasons:

|  |  |
|---|---|
| __X__ | Release on Previously Imposed Pretrial Services Agency Conditions |
| _____ | Bail Posted in the Sum of $ _____ |
| __X__ | Unsecured Appearance Bond $  20,000.00. |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| __X__ | (Other): The defendant is to be released on May 26, 2022 at 7:00 a.m. to the custody of the U.S. Marshal. |

Issued at Sacramento, California on May 25, 2022 at 2:31 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE