

**FILED**

DEC 12 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY EDWIGEN HERNANDEZ,<br><br>Defendant. | No. 2:21-CR-00137-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release GREGORY EDWIGEN HERNANDEZ; Case No. 2:21-CR-00137-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

__X__ (Other): <u>Time Served; Defendant to be released no later than 9:00 AM on 12/13/2022 to the custody of the U.S. Marshal's and then to U. S. Probation and then the custody of Marie Bisaccio pending admission to the halfway house in Oakland, CA.</u>

Issued at Sacramento, California on __12/12/22__, at __12:11 p.m__

_/s/ Kimberly J. Mueller_
Kimberly J. Mueller
United States District Judge