**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Gregory Hernandez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:21 CR-00137-KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR THE RETURN OF GREGORY HERNANDEZ'S U.S. PASSPORT, NO. 470678037** |
| Gregory Hernandez, | |
| Defendant | |

  As a usual condition of Pre-Trial release, the Court ordered Gregory Hernandez to surrender his United States passport, number 470678037, to the Clerk of the United States District Court for the Eastern District of California, which he did on July 26, 2021. (See Docket No. 10). Thereafter, on December 12, 2022, the Court sentenced Gregory Hernandez to "time served." (See Docket No. 78).

  Since there is no further practical need for the Court to retain possession of his passport, and to eliminate the need to attempt to retrieve it after his term of supervised release is over, both the prosecuting AUSA and the defense attorney believe it would be appropriate and convenient

to release Mr. Hernandez's passport now to the possession of his attorney, Jan David Karowsky, who, in turn, will provide it directly to Mr. Hernandez.

## STIPULATION

Plaintiff, United States, and Defendant, Gregory Hernandez, through their undersigned counsel, hereby stipulate and agree that Mr. Hernandez's United States passport, Number 470678037, currently held by the Clerk of the United States District Court for the Eastern District of California, shall forthwith be returned to him by mailing said passport to Mr. Hernandez's attorney, as follows:

> Jan David Karowsky
> Attorney at Law
> A Professional Corporation
> 716 19th Street, Suite 100
> Sacramento, CA  95811

**IT IS SO STIPULATED.**

DATED:	January 4, 2023			Phillip Talbert
						United States Attorney

						/s/ Justin Lee
					by
						Justin Lee
						Assistant U.S. Attorney
						by Jan David Karowsky
						w/ Mr. Lee's consent


DATED:	January 4, 2023			JAN DAVID KAROWSKY
						Attorney at Law
						A Professional Corporation

						/s/ Jan Karowsky
					by
						JAN DAVID KAROWSKY
						Attorney for Defendant
						Gregory Hernandez

**GOOD CAUSE APPEARING,** the Court hereby **ORDERS** that Gregory Hernandez's United States passport, number 470678037, shall be mailed, forthwith, to Mr. Hernandez's attorney, as detailed in the above Stipulation.

**IT IS SO ORDERED.**

Dated:  January 4, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE